No. 85–129.   WIMBERLY *v.* LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI ET AL.   Sup. Ct. Mo.   Certiorari granted.

No. 85–1449.   TOWN OF NEWTON ET AL. *v.* RUMERY.   C. A. 1st Cir.   Certiorari granted.